IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY M. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv203-MHT |
| | ) | (WO) |
| RAYMOND "BUCK" RODGERS, | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Sheriff of Bullock | ) | |
| County; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 37), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Bullock County Commission, Ronald Smith, Alonzo Ellis, Jr., Dock McGowan, James Perry, and Johnny Adams are dismissed without prejudice and terminated as parties, with costs taxed as paid. All claims against defendant Raymond "Buck" Rodgers remain pending.

It is further ORDERED that the motion to dismiss (doc. no. 20) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of December, 2017.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**