IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY M. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv203-MHT |
| | ) | (WO) |
| RAYMOND "BUCK" RODGERS, | ) | |
| individually and in his | ) | |
| official capacity as | ) | |
| Sheriff of Bullock | ) | |
| County; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 44), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice, with the parties to bear their own attorney's fees, court costs, and other expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE